UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARLA CANNON, | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) No. 4:14-CV-00848-SPM ) |
| SSM HEALTH CARE, | ) ) |
| Defendant(s). | ) ) ) |

## ORDER

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Shirley P. Mensah to District Judge Catherine D. Perry.

May 12, 2014  
Date

*James G. Woodward           /*  
Clerk of Court

By:  /s/ Jason Dockery           /  
JASON DOCKERY  
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:14CV848 CDP**