# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **CARLA CANNON,** | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Cause No.: 4:14-CV-848 ) ) |
| **SSM HEALTH CARE,** | ) ) |
| Defendant. | ) ) ) |

## DEFENDANT'S MOTION TO STRIKE, OR ALTERNATIVELY, UNSEAL PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COMES NOW Defendant SSM Health Care, and moves to strike, or alternatively, unseal Plaintiff's Opposition to Defendant's Motion to Dismiss.  Defendant is filing simultaneously herewith a memorandum in support of the instant Motion.

Respectfully submitted,

/s/ Kimberly A. Yates
Kimberly A. Yates #49879MO
Latieke M. Lyles #60981MO
LITTLER MENDELSON, P.C.
One Metropolitan Square
211 North Broadway, Suite 1500
St. Louis, MO  63102
Telephone: 314.659.2000
Facsimile: 314.659.2099
kyates@littler.com
llyles@littler.com

Attorneys for Defendant SSM Health Care

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 16th day of June, 2014 upon the following:  Ms. Erika Wentzel, 820 South Main Street, Suite 200, St. Charles, MO 63301.

/s/ Kimberly A. Yates

Firmwide:127482467.1 079538.1002